EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Chief, Major Crimes

LAWRENCE L. TONG  #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 3 0 2005

at 10 o'clock and 30 min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00279 |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 18 U.S.C. § 2252 |
| ROSS Y. NISHIDA, ) | [Child Pornography] |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about February 13, 2003, in the District of Hawaii, ROSS Y. NISHIDA did knowingly possess matters, namely, computer hard drives and electronic storage media, which contained visual depictions of minors engaged in sexually explicit conduct, with ROSS Y. NISHIDA then knowing that the production of said visual depictions involved the use of minors

engaged in sexually explicit conduct, and which depictions were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, section 2252(a)(4).

Dated: Honolulu, Hawaii, JUN 3 0 2005 .

A TRUE BILL

/S/
_____
Foreperson, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Major Crimes

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Ross Y. Nishida
"Indictment"
Cr. No. _____

2