IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 06 2008

at 3 o'clock and 59 min /  M.
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00279SOM |
| Plaintiff(s), | ) | |
| vs. | ) | |
| ROSS YASUHIKO NISHIDA, | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 11 2005

at 2 o'clock and 45 min. P M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number G2369547 issued at Honolulu, on 11/26/76 to the above-named defendant, was surrendered to the custody of the Clerk of court on July 11, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    07/21/60

Place of Birth:   Japan

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: 3/7/08          Signature: _____
                                  Owner of Passport

Dated at Honolulu, Hawaii on July 11, 2005.

                                              SUE BEITIA, Clerk

                              By: _____
                                      Deputy Clerk

---

This will acknowledge receipt of Passport Number   previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____   Signature: _____
                                                                                       Owner of Passport